CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONSTANTIN CEBANU,

                    Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al*.,

                    Defendants.

Case No. 3:25-cv-01162-TSH

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY;  ORDER**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On September 30, 2025, the Court granted the parties' request to stay proceedings until January 27, 2025, to allow time for the agency to conduct Plaintiff's interview and complete adjudication of Plaintiff's asylum application. Dkt. No. 15. United States Citizenship and Immigration Services ("USCIS") rescheduled Plaintiff's interview, which was completed on December 9, 2025.  On November 26, 2025, USCIS placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed January 26, 2026).

        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

March 30, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 27, 2026                                Respectfully submitted,[1]

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                       *s/ Molly A. Friend*
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated:  January 27, 2026

                                                       *s/ Laure Dachelet*
                                                       LAURE DACHELET
                                                       Attorney for Plaintiff


**ORDER**

      Pursuant to stipulation, IT IS SO ORDERED.


Date: January 27, 2026

                                                       HON. THOMAS S. HIXSON
                                                       United States Magistrate Judge

---

      [1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case No. 3:25-cv-01162-TSH                    2